

# NUMBER 13-10-00434-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE: LEOPOLDO LEAL

---

## On Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Garza
### Per Curiam Memorandum Opinion[1]

Relator, Leopoldo Leal, filed a pro se petition for writ of mandamus in the foregoing cause on August 2, 2010, in which he requests this Court to compel the respondent, the Honorable Nelva Gonzales Ramos, presiding judge of the 347th District Court of Nueces County, to vacate her July 7, 2010 order in trial court cause number 10-1868-H. The July 7, 2010 order: (1) declares relator to be a vexatious litigant; and (2) orders him to pay

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

security in the amount of $24,000 on or before July 20, 2010.[2]

The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.[3]

PER CURIAM

Delivered and filed the
4th day of August, 2010.

---

[2] *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.051, 11.055 (Vernon 2002). We note that we have construed relator's petition liberally, as it fails to meet the requirements specified in the rules of appellate procedure. *See generally* TEX. R. APP. P. 52.3. We also note that relator has previously filed petitions which failed to comply with applicable requirements. *See, e.g., In re Leal*, No. 13-10-102-CV, 2010 Tex. App. LEXIS 1622, at **1-2 (Tex. App.–Corpus Christi Mar. 4, 2010) (per curiam) (orig. proceeding).

[3] *See* TEX. R. APP. P. 52.8(a).